IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ARCH WOOD PROTECTIONS, INC. and
ARCH TREATMENT TECHNOLOGIES, INC.                    PLAINTIFFS

        v.          Civil No. 09-6023

CURT BEAN LUMBER CO., INC., *et al.*                 DEFENDANTS

### O R D E R

Currently before the Court is the Joint Motion to Administratively Terminate (Doc. 15) filed by the parties. Upon due consideration, and all parties being in agreement, the motion is GRANTED, and this action is hereby administratively terminated. The parties have through **July 30, 2010**, to either notify the Court that settlement has been completed or move to reopen the case to enforce the settlement.

    IT IS SO ORDERED this 22nd day of June 2009.

                              /s/ Robert T. Dawson
                              Honorable Robert T. Dawson
                              United States District Judge