IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION


ARCH WOOD PROTECTIONS, INC. and
ARCH TREATMENT TECHNOLOGIES, INC.                    PLAINTIFFS

          v.              Civil No. 09-6023

CURT BEAN LUMBER CO., INC., *et al.*                 DEFENDANTS


**JUDGMENT**

     Currently before the Court is the above-styled cause.  On
June 22, 2009, the Court granted the parties' joint motion to
administratively terminate the case based upon consent
judgments entered into by Plaintiffs, Curt Bean Lumber
Company, Curt Bean and Tim Bean.  On July 27, 2010, Plaintiffs
filed a motion to reopen the case to enforce the settlement
which was granted on August 18, 2010 by the Honorable Barry A.
Bryant.  Defendants did not respond to Plaintiffs' Motion.

     The Court has reviewed the consent judgments between
Plaintiffs and Curt Bean Lumber Company, Curt Bean and Tim
Bean (doc. 21, exhibits 1-3).  As Curt Bean Lumber Company,
Curt Bean and Tim Bean have not complied with the terms of the
consent judgments, the Court finds that judgment should be and
is hereby entered in favor of Plaintiffs and against each
Separate Defendant; Curt Bean Lumber Company, Curt Bean and
Tim Bean, in the amount of $778,991.20 plus pre-judgment
interest on the principal balance of $763,320.37 at 6% annum
from April 2, 2009 to September 27, 2010, and interest from

AO72A
(Rev. 8/82)

the date of this judgment until paid at the current post-judgment interest rate of .25% per annum.

IT IS SO ORDERED this 28th day of September 2010.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

AO72A
(Rev. 8/82)